WO                                                                                          SC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Torrez, ) | No. CV 10-0116-PHX-MHM (MHB) |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Corrections Corp. Of America, et al., ) | |
| Defendants. ) | |

David Torrez and four other inmates confined in the La Palma Corrections Center (LPCC), a Corrections Corporation of America (CCA) facility in Eloy, Arizona, filed a joint *pro se* Civil Rights Complaint by a Prisoner under 28 U.S.C. § 1983, Torrez v. Corrections Corp. of America, No. CV09-2298-PHX-MHM (MHB), doc.# 1.[1] Torrez (Plaintiff) filed a First Amended Complaint, which the Court dismissed with leave to amend on May 20, 2010. (Doc.# 18.) Plaintiff has filed a motion for enlargement of time to serve process. (Doc.# 20.) Plaintiff's motion will be denied as premature where he has not yet filed a second amended complaint.

**Warnings**

    **A.    Release**

Plaintiff must pay the unpaid balance of the filing fee within 120 days of his release. Also, within days of his release, he must either (1) notify the Court that he intends to pay the balance or (2) show good cause, in writing, why he cannot. Failure to comply may result in

---

[1] "Doc.#" refers to the docket number of filings in this case unless otherwise indicated.

1 dismissal of this action.

**B.    Address Changes**

Plaintiff must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Plaintiff must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this action.

**C.    Copies**

Plaintiff must submit an additional copy of every filing for use by the Court. See LRCiv 5.4. Failure to comply may result in the filing being stricken without further notice to Plaintiff.

**D.    Possible Dismissal**

If Plaintiff fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this action without further notice. See Ferdik, 963 F.2d at 1260-61 (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED** that Plaintiff's motion for enlargement of time to serve process is **denied**. (Doc.# 20.)

DATED this 14th day of June, 2010.

_____
Mary H. Murguia
United States District Judge